DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PATRICK NEAL YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00110 LJO |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE AT PRETRIAL PROCEEDINGS; |
| v. | AND ORDER |
| PATRICK NEAL YOUNG, | |
| Defendant. | Honorable Lawrence J. O'Neill |

The undersigned defendant, Patrick Neal Young, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to preliminary hearing, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, and/or entry of plea, and requests the court to allow his attorney to represent him in court on that date, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times,

specifically including the status conference/motions hearing scheduled for March 27, 2009. In addition, defendant further agrees that notice to his attorney that his presence is required will be deemed notice to him of the requirement of his appearance at said time and place, agrees that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). This request is made pursuant to Fed.R.Crim.P. 43(c)(2) and (3).

Mr. Young makes this request because he resides and works in the Livermore, California, area, and due to the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Mr. Young wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this  25    day of March, 2009, at Livermore, California.

                                                   /s/  Patrick Neal Young
                                                 PATRICK NEAL YOUNG, Defendant

AGREED BY COUNSEL:


 /s/  Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
DATED:  March  25 , 2009

**O R D E R**

THE REQUEST IS GRANTED, ON THE CONDITION THAT WHEN THE COURT INSTRUCTS DEFENSE COUNSEL THAT THE DEFENDANT MUST BE PRESENT FOR A HEARING, THAT WHEN THE DEFENDANT IS TOLD BY HIS COUNSEL, HE MUST AGREE TO ACCEPT IT AS A COURT ORDER.
IT IS SO ORDERED.

**Dated:   March 26, 2009**           /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE