MCGREGOR W. SCOTT
United States Attorney
MARK McKEON
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-cr-00110 LJ0 |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| PATRICK NEAL YOUNG ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued from August 21, 2009 to September 4, 2009 at 9:00 a.m.  They stipulate that the time between August 21, 2009 and September 4, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  Specifically, between now and the status conference, the parties are attempting to resolve a dispute over a way to accomplish the copying of voluminous documents in the investigating agencies' possession.

1

In addition, the newly assigned attorney for the government will not be in the office on August 21, 2009, and the defense attorney will not be in the office the following Friday, August 28, 2009. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: August 14, 2009          By:    /s/ Mark J. McKeon
                                        MARK McKEON
                                        Assistant U.S. Attorney


DATE: August 14, 2009                  /s/ Melodie Walcott
                                        Melodie Walcott
                                        Attorney for Defendant

     Good Cause exists for the request.

IT IS SO ORDERED.

**Dated:   August 14, 2009**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE