DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PATRICK NEAL YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00110 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| PATRICK NEAL YOUNG, | ) ) | Date:  December 4, 2009 |
| Defendant. | ) ) | Time:  8:45 A.M.<br>Judge: Hon. Lawrence J. O'Neill |
|  | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for October 30, 2009, **may be continued to December 4, 2009, at 8:45 a.m.**

This continuance is requested by counsel for defendant because on or about October 19, 2009, she received 4 boxes of case documents from the government.  The documents must be numbered, put into chronological order and analyzed as to the amount of expenses for counsel's review, and counsel will need an opportunity to review the material with the defendant prior to the hearing.  Further counsel is scheduled to be out of her office and unavailable for hearing November 15 through November 23, 2009.   The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                              LAWRENCE G. BROWN
                                              United States Attorney

DATED: October 27, 2009              /s/ Mark McKeon
                                              MARK McKEON
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: October 27, 2009              /s/ Melody M. Walcott
                                              MELODY M. WALCOTT
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              PATRICK NEAL YOUNG

**O R D E R**

Good cause exists. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) .

IT IS SO ORDERED.

**Dated:   October 27, 2009**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE