DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PATRICK NEAL YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00110 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | [PROPOSED] ORDER |
| PATRICK NEAL YOUNG, | Date: January 8, 2010 |
| Defendant. | Time: 8:45 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for December 4, 2009, **may be continued to January 8, 2010, at 8:45 a.m.**

This continuance is requested by counsel for defendant because the work that is necessary to be completed in order to finish review of the defendant's amount of expenses and to review with client has not yet been completed. The parties have previously discussed resolution of this matter short of trial. It is counsel's belief that those discussions are still viable and the parties may be able to resolve this matter, saving both parties considerable time and saving the Court's resources. The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation and plea negotiations pursuant to 18 U.S.C. § 3161(h)(7)(A).

        BENJAMIN B. WAGNER
        United States Attorney

DATED:  December 1, 2009       /s/  Mark McKeon
        MARK McKEON
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED:  December 1, 2009       /s/ Melody M. Walcott
        MELODY M. WALCOTT
        Assistant Federal Defender
        Attorney for Defendant
        PATRICK NEAL YOUNG

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) .

The factual basis for the request is weak, if not non-existent with detail to explain why the time from the last hearing was not enough time to complete the tasks at hand.  The Court will grant the continuance without the necessary detail THIS TIME.

IT IS SO ORDERED.

**Dated:   December 1, 2009**       /s/ Lawrence J. O'Neill
        UNITED STATES DISTRICT JUDGE