1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    ) Case No. 1:08-CR-00110 LJO
                                )
11            Plaintiff,        ) STIPULATION TO CONTINUE
                                ) SENTENCING HEARING; ORDER
12                              )
         v.                     )
13                              ) Date:  MAY 28, 2010
                                )
14 PATRICK YOUNG,               ) Time:  8:45 a.m.
                                ) Judge: Hon. Lawrence J. O'Neill
15            Defendant.        )
   _____)
16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto,

18 and through their respective attorneys of record herein, that the

19 sentencing hearing in the above-referenced action now scheduled

20 for May 13, 2010, may be continued to **May 28, 2010 at 8:45 a.m.**

21     This continuance is requested by the parties as United

22 States Attorney, Mark J. McKeon, is presently in trial and

23 anticipates being in trial through the following week.  The

24 parties agree that time should be excluded through May 28, 2010.

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay from the continuance shall
2 be excluded in the interest of justice, including but not limited
3 to, the need for the period of time set forth herein for further
4 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

```
                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May 10, 2010            By:      /s/ Mark J. McKeon
                                        MARK J. MCKEON
                                        Assistant U.S. Attorney



                                        MELODY M. WALCOTT
                                        Federal Defender

Dated: May 10, 2010            By:      /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Attorney for Defendant
                                        PATRICK YOUNG
```

**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(8)(B)(iv).  Good cause exists.  The request to continue is granted.

IT IS SO ORDERED.

**Dated:   May 11, 2010**                              /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE